# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 472
:
APPOINTMENT TO INTERBRANCH : JUDICIAL ADMINISTRATION DOCKET
COMMISSION FOR GENDER, RACIAL :
AND ETHNIC FAIRNESS :


## ORDER


**PER CURIAM**


AND NOW, this 9th day of December, 2016, Jesse M. Cohen, Esquire, Philadelphia, is hereby appointed as a member of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years commencing December 31, 2016.